FILED
CLERK, U.S. DISTRICT COURT

DEC 20 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> PHUNG HO LAM, <br><br> Defendant. | Case No.: 09-CR-79-JFW <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed.R.Crim.P. 32.1(a)(6); <br> 18 U.S.C. 3143(a)] |

The defendant having been arrested in THE DISTRICT OF OREGON pursuant to a warrant issued by the United States District Court for the CENTRAL DISTRICT OF CALIFORNIA for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  ☒  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _____

- current allegations; defendant's fugitive status
- limited background information; limited or no information on bail resources and community ties
- ~~unknown~~ and/or immigration status

B. ☒ The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: — defendant's prior criminal history

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 12/20/13

Carla M. Woehrle
CARLA M. WOEHRLE
UNITES STATES MAGISTRATE JUDGE